## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**PETER AYIKA**                                                                    **PETITIONER**
**#304**

**v.**                                    **Case No: 4:25-cv-00402-LPR**

**DOE**                                                                            **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without

prejudice.  No certificate of appealability shall issue.

IT IS SO ADJUDGED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE